IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                          RESPONDENT

VS.                                    CASE NO. 1:11-CR-10021-001

FELICIA EVANS                                                                                                              MOVANT

## ORDER

On February 25, 2014, the Court entered an order adopting the Report and Recommendations of the Magistrate Judge. ECF No. 35. No party had filed objections to the Report and Recommendations. On February 27, 2014, however, the Court received a Motion for Extension of Time to File Objections, in which Felicia Evans asked for an extension to file her objections to the Report and Recommendations. ECF No. 36. Because Evans's request for an extension was postmarked on February 14, 2014, four days before her deadline for filing objections, the Court vacated its February 25, 2014 Order adopting the Report and Recommendations and granted Evans's request for an extension. Evans's time for filing objections was extended to August 8, 2014.

Evans has not filed any objections to the Report and Recommendation (ECF No. 34), and the time to object has passed. Judge Bryant recommends that Evans's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF Nos. 25 and 31) be denied. ECF No. 34. The Court adopts the Report and Recommendation *in toto*. Accordingly, Evans's motions (ECF Nos. 25 and 31) are **DENIED**, and her petition is **DISMISSED**. Further, pursuant to 28 U.S.C. § 1915(a), the Court finds that an appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 3rd day of November, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge